## Commonwealth *v.* Johnson, Appellant.

Submitted November 14, 1972. *Irving M. Green,* for appellant; *Francis Garger,* Assistant District Attorney, with him *Robert L. Eberhardt,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.